Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 9, 2021**     X **/s/ Jae Ryu**
                                          Signature of individual signing on behalf of debtor

                                          **Jae Ryu**
                                          Printed name

                                          **Chief Financial Officer**
                                          Position or relationship to debtor

Debtor name  **Fremont Hills Development Corporation**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **21-50240**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $    **90,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **15,060.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **90,015,060.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **43,514,683.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **41,534,400.00**

4. Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b                  $    **85,049,083.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | **Fremont Hills Development Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **21-50240** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **East West Bank** | **Business Checking Account** | 6625 | $1,077.00 |

| | | |
| --- | --- | --- |
| 4. | **Other cash equivalents** *(Identify all)* | |
| 5. | **Total of Part 1.** | $1,077.00 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| | | |
| --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **Deposit for Office Space Rent**<br>**2051 Junction Avenue, #230**<br>**San Jose, CA 95131** | $2,000.00 |

| | | |
| --- | --- | --- |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 9. | **Total of Part 2.** | $2,000.00 |
| | Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 3 of 22

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|--------------------------------|-------------------------|------------------------|
| 39. | **Office furniture** **1 book case, 8 file cabinets, 1 conference table, 1 refrigerator, 1 microwave, 1 water cooler, 8 desks, 1 rolling table, 19 chairs, 1 project model** | **$9,483.00** | Replacement | **$9,483.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **3 printers, 3 computers, 5 monitors** | **$2,500.00** | Replacement | **$2,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**      $11,983.00
      Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2501 Cormack Road Fremont, CA 94539 APN: 513-0701-021 The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, multifamily residential and retail development with a total of 158 residential units (all market-rate); 53,900 square feet of retail; 171 podium parking garage spaces; and 397 surface parking spaces. The project will offer one-, two-, three-bedroom units with an average unit size of 1,251 square feet.** | Fee Simple | $90,000,000.00 | Comparable sales | $90,000,000.00 |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

| $90,000,000.00 |
|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,077.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,983.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................> | | $90,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,060.00 + 91b. | $90,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $90,015,060.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 7 of 22

Fill in this information to identify the case:

Debtor name **Fremont Hills Development Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-50240**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Ahern Rentals, Inc.**<br>Creditor's Name<br><br><br>**Attn: Don F. Ahern, CEO<br>1401 Mineral Ave.<br>Las Vegas, NV 89106**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an<br>interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2501 Cormack Road<br>Fremont, CA 94539<br>APN: 513-0701-021<br>The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**<br><br>Describe the lien<br>**Mechanics Lien / Scissor lift, lights and forklift**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$10,870.00** | **$90,000,000.00** |

Case: 21-50240   Doc# 30   Filed: 03/09/21   Entered: 03/09/21 18:57:33   Page 8 of 22

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Ahern Rentals, Inc.**
**2. Alameda County Treasurer**
**3. Parkview Finanical Fund 2015, LP**
**4. Grand Ocean Holdings, Inc., Limited**
**5. Earth System Pacific**
**6. Sunbelt Rentals**
**7. HD Supply Construction Supply LTD**
**8. Jesus O. Vergara**
**9. PJ's Rebar, Inc.**
**10. Dayton Superior Corp.**
**11. Pro-Vigil, Inc.**
**12. Pace Supply Corp.**
**13. Cemex**

---

| 2.2 | **Alameda County Treasurer**
Creditor's Name | **Describe debtor's property that is subject to a lien** | $142,000.00 | $90,000,000.00 |

2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m

**1221 Oak St.**
**Oakland, CA 94612**
Creditor's mailing address

**Describe the lien**
**Property tax**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cemex Const. Materials Pacific, LLC**
Creditor's Name | **Describe debtor's property that is subject to a lien** | $194,118.00 | $90,000,000.00 |

2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m

**2365 Iron Point Road, Suite 120**
**Folsom, CA 95630-8714**
Creditor's mailing address

**Describe the lien**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Mechanics Lien / Concrete Supplier**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **Dayton Superior Corp.** | | Describe debtor's property that is subject to a lien | **$646,836.00** | **$90,000,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2501 Cormack Road**
**Fremont, CA 94539**
**APN: 513-0701-021**
**The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**62846 Collection Center**
**Chicago, IL 60693-0628**

Creditor's mailing address

Describe the lien

**Mechanics Lien / Structural Framing Materials**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **Earth System Pacific** | | Describe debtor's property that is subject to a lien | **$60,194.00** | **$90,000,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2501 Cormack Road**
**Fremont, CA 94539**
**APN: 513-0701-021**
**The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**48511 Warm Springs Blvd.**
**Fremont, CA 94539**

Creditor's mailing address

Describe the lien

**Mechanics Lien / Special inspections**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 10 of 22

**Date debt was incurred**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **Finnco Services** | **Describe debtor's property that is subject to a lien** | **$175,034.00** | **$90,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2501 Cormack Road** | | |

**2501 Cormack Road**
**Fremont, CA 94539**
**APN: 513-0701-021**
**The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**8241 Beech Ave.**
**Fontana, CA 92335**

Creditor's mailing address

**Describe the lien**
**Mechanics Lien / crane services**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **Grand Ocean Holdings, Inc., Limited** | **Describe debtor's property that is subject to a lien** | **$2,000,000.00** | **$90,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2501 Cormack Road**
**Fremont, CA 94539**
**APN: 513-0701-021**
**The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**c/o Ryan Swanson & Cleveland, PLLC**
**1201 Third Ave., Suite 3400**
**Seattle, WA 98101**

Creditor's mailing address

**Describe the lien**
**2nd Deed of Trust / Bridge loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **HD Supply Construction Supply LTD** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | | **Describe debtor's property that is subject to a lien** | $66,183.00    $90,000,000.00 |
| | | 2501 Cormack Road<br>Fremont, CA 94539<br>APN: 513-0701-021<br>The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m | |
| | **1815 S. Richey St.**<br>**Santa Ana, CA 92705** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Mechanics Lien / Construction Materials** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.9 | **Jesus O. Vergara** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | | **Describe debtor's property that is subject to a lien** | $9,063.00    $90,000,000.00 |
| | | 2501 Cormack Road<br>Fremont, CA 94539<br>APN: 513-0701-021<br>The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m | |
| | **40 Ranchero Way**<br>**Hayward, CA 94544** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Mechanics Lien / Plumbing Supervisor** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 12 of 22

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **MVE, Inc. dba Mid-Valley Engineering** | | Describe debtor's property that is subject to a lien | **$9,414.00** | **$90,000,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**1117 L Street
Modesto, CA 95354**

Creditor's mailing address

Describe the lien
**Mechanics Lien / Special Inspections**
Is the creditor an insider or related party?
☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?
☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Pace Supply Corp.** | | Describe debtor's property that is subject to a lien | **$140,558.00** | **$90,000,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**P.O. .Box 6407
Rohnert Park, CA 94927-6407**

Creditor's mailing address

Describe the lien
**Mechanics Lien / Buklding Material Supplier**
Is the creditor an insider or related party?
☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?
☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Case: 21-50240　Doc# 30　Filed: 03/09/21　Entered: 03/09/21 18:57:33　Page 13 of 22

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Parkview Finanical Fund 2015, LP** | | $39,794,789.00 | $90,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Parkview Finanical Fund GP, Inc. Attn: Paul S. Rahimian 11601 Wilshire Blvd. Los Angeles, CA 90025**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m

**Describe the lien**
**1st Deed of Trust / Construction loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Peninsula Crane and Rigging** | | $60,000.00 | $90,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**656 Wool Creek Dr. San Jose, CA 95112**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m

**Describe the lien**
**Mechanics Lien / Mobile Crane**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **PJ's Rebar, Inc.** | Describe debtor's property that is subject to a lien | $86,871.00 | $90,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in
the foothills of Fremont at Durham and
Sabercat Road with frontage along Interstate
680. The property consists of a proposed
mixed use, m**

**45055 Fremont. Blvd.
Fremont, CA 94538**

Creditor's mailing address

Describe the lien
**Mechanics Lien / Building Material Supplier**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Pro-Vigil, Inc.** | Describe debtor's property that is subject to a lien | $23,397.00 | $90,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**2501 Cormack Road
Fremont, CA 94539
APN: 513-0701-021
The site totals 12.98 acres and is located in
the foothills of Fremont at Durham and
Sabercat Road with frontage along Interstate
680. The property consists of a proposed
mixed use, m**

**4646 Perrin Creek, Suite
280
San Antonio, TX 78217**

Creditor's mailing address

Describe the lien
**Mechanics Lien / Surveillance units**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Sunbelt Rentals** | | Describe debtor's property that is subject to a lien | | $56,356.00 | $90,000,000.00 |
| --- | --- | --- | --- | --- | --- | --- |

Creditor's Name

**2501 Cormack Road**
**Fremont, CA 94539**
**APN: 513-0701-021**
**The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**2101 Alum Rock Ave.**
**San Jose, CA 95116**

Creditor's mailing address

Describe the lien
**Mechanics Lien / Construction Equipment**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **United Site Services** | | Describe debtor's property that is subject to a lien | | $39,000.00 | $90,000,000.00 |
| --- | --- | --- | --- | --- | --- | --- |

Creditor's Name

**2501 Cormack Road**
**Fremont, CA 94539**
**APN: 513-0701-021**
**The site totals 12.98 acres and is located in the foothills of Fremont at Durham and Sabercat Road with frontage along Interstate 680. The property consists of a proposed mixed use, m**

**P.O. Box 53267**
**Phoenix, AZ 85072-3267**

Creditor's mailing address

Describe the lien
**Mechanics Lien / Site bathrooms and clean stations**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$43,514,683.00**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ori Katz, Esq.**<br>**SheppardMullin**<br>**4 Embarcadero Center, 17th Floor**<br>**San Francisco, CA 94111** | Line __2.12__ | |

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 17 of 22

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**Bay Area Investment Fund I, LLC**<br>**160 Franklin Street, Suite 200**<br>**Oakland, CA 94607**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **EB5 Investors**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$41,000,000.00** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**City of Fremont**<br>**c/o City Attorney's Office**<br>**3300 Capitol Avenue, Building B**<br>**Fremont, CA 94538**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**City of Fremont Planning Division**<br>**39550 Liberty Street**<br>**P.O. Box5006**<br>**Fremont, CA 94537**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**County of Alameda**<br>**c/o Alameda County Counsel**<br>**1221 Oak St., #450**<br>**Oakland, CA 94612**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **NOTICE ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 18 of 22

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franchise Tax Board**
**P.O. Box 942867**
**Sacramento, CA 94267-0011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Jason Woo**
**1140 Holly Street**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Construction Procurement Specialist__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,600.00 |
|---|---|---|---|

**Morgan Real Estate and Financial**
**2501 Junction Ave., Suite 238**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Office rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501,800.00 |
|---|---|---|---|

**SDC Companies**
**P.O. Box 2634**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Project Managment__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Julie Bonnel-Rogers, Esq.**<br>**Structure Law Group, LLP**<br>**1754 Technology Drive, Suiete 135**<br>**San Jose, CA 95110** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Schnader Harrison Segal & Lewis LLP**<br>**Attn: Bruce B. Kelson, Atty**<br>**650 California Street, 19th Floor**<br>**San Francisco, CA 94108** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 19 of 22

**5a. Total claims from Part 1**

**5b. Total claims from Part 2**

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

| | Total of claim amounts |
|---|---|
| 5a.   $ | **0.00** |
| 5b.   +   $ | **41,534,400.00** |
| 5c.   $ | **41,534,400.00** |

Case: 21-50240    Doc# 30    Filed: 03/09/21    Entered: 03/09/21 18:57:33    Page 20 of 22

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor name **Fremont Hills Development Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-50240**

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Jae Ryu** | **185 Bennet Court**<br>**Fremont, CA 94536**<br>**Guarantor of Parkview Financial Fund 2015, LP Loan** | **Parkview Finanical Fund 2015, LP** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Xu Zhong** | **648 Clara Vist Avenue**<br>**Santa Clara, CA 95050**<br>**Guarantor of Parkview Financial Fund 2015, LP Loan** | **Parkview Finanical Fund 2015, LP** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |

Case: 21-50240   Doc# 30   Filed: 03/09/21   Entered: 03/09/21 18:57:33   Page 22 of
22