James A. Hayes, Jr. (State Bar No. 162860)
ZINSER | HAYES
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Tel: (949) 566-8505
Fax:(949) 209-0315
jhayes@zinserhayes.com

Attorneys for Creditor
FINNCO SERVICES, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-50240-SLJ |
| FREMONT HILLS DEVELOPMENT CORPORATION, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE THAT creditor Finnco Services, Inc. ("Finnco"), by and through the undersigned attorney, hereby files this notice of appearance under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices, papers, and pleadings filed in the above-entitled case be provided to the undersigned attorney at the address given below.

NOTICE IS HEREBY GIVEN to all parties in interest that James A. Hayes, Jr., Esq., of the law firm of ZINSER | HAYES, represents creditor Finnco in the above-entitled matter and that his address and phone number are:

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

1

| | |
|---|---|
| 1 | James A. Hayes, Jr. |
| 2 | ZINSER \| HAYES |
|   | 23 Corporate Plaza, Suite 150 |
| 3 | Newport Beach, CA 92660 |
|   | Tel: (949) 566-8505 |
| 4 | Fax:(949) 209-0315 |
| 5 | jhayes@zinserhayes.com |

REQUEST IS HEREBY MADE that all parties in interest and all counsel of record provide copies of all notices, papers, and pleadings filed in the above-entitled case to the undersigned attorney at the foregoing address and direct all telephonic communications regarding the above-entitled matter to the undersigned attorney at the foregoing number. This request encompasses all notices and papers referred to in the Federal Rules of Bankruptcy Procedure and in the Rules of the Bankruptcy Court for the Northern District of California and notice of all applications, complaints, demands, hearing, motions, pleadings, and requests.

REQUEST IS ALSO MADE that the debtor and the Clerk of the above-entitled Court place the undersigned counsel and their address as set forth above on any mailing lists or matrix of creditors prepared in the above-entitled case.

DATED: March 9, 2021            ZINSER | HAYES

By: */s/James A. Hayes, Jr.*
James A. Hayes, Jr.
Attorneys for Creditor
FINNCO SERVICES, INC.

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

2