Daniel J. Phelps (State Bar # 259063)
PHELPS LAW
16902 Bolsa Chica Street, Suite 206
Huntington Beach, CA 92649
Phone (562)375-7975; Fax: (562) 252-0337
DanPhelps@SoCalConstructionLaw.com

Attorneys for Plaintiff,
Finnco Services Incorporated

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>FREMONT HILLS DEVELOPMENT CORPORATION,<br><br>   Debtor and<br>   Debtor-In-Possession, | Case No.: 21-50240-SLJ<br><br>Chapter 11<br><br>Adversary No. _<br>___<br><br>**ADVERSARY COMPLAINT FOR DECLARATORY RELIEF** |
| FINNCO SERVICES INCORPORATED,<br><br>   Plaintiff,<br><br>v.<br><br>FREMONT HILLS DEVELOPMENT CORPORATION; AHERN RENTAL INC.; BAY AREA INVESTMENT FUND I, LLC; DAYTON SUPERIOR CROP; EARTH SYSTEMS PACIFIC; 2501 CORMACK LLC; PARKVIEW FINANCIAL FUND 2015, LP; TREZ CAPITAL (2016) CORPORATION; JESUS O VERGARA; QUEENS LAND BUILDER, INC.; HD SUPPLY CONSTRUCTION GROUP, INC.; PJ'S REBAR INC.; SUNBELT RENTALS, INC.; GRAND OCEAN HOLDINGS, INC. LIMITED; PJ'S LUMBER, INC. DBA PJ'S REBAR, INC.; SCOTT DEVELOPMENT COMPANY, INC.; UNITED SITE SERVICES; PRO-VIGIL, INC.; UNITED SITE SERVICES, INC.; DOES 1 THROUGH 100<br><br>   Defendants. | |

ADVERSARY COMPLAINT

## COMPLAINT

Plaintiff Finnco Services Incorporated ("**Plaintiff**"), by and through its undersigned counsel, files this Complaint and alleges the following in support of the requested relief, which concerns the priority of interests in Debtor's real property known as 2501 Cormack Rd, Fremont, California 94539 (also known as 2501 Durham Road, Fremont, California 94539) ("**Property**").

## JURISDICTION AND VENUE;
## FRBP 7008(a) STATEMENT

1.     This Court has jurisdiction over the claim for relief in this adversary proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(K), 1334(b) and 2201; Federal Rules of Bankruptcy Procedure 7001(2) and 7001(9); and United States District Court for the Northern District of California General Order No. 24, § 1.01.

2.     Venue is properly in this district pursuant to 28 U.S.C. § 1409(a); this is a core proceeding 28 U.S.C. §§ 157(b)(2)(K) arising in a bankruptcy case pending in this district.

3.     PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE ('FRBP') 7008(a), PLAINTIFF CONSENTS TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ENTERING A FINAL JUDGMENT ON PLAINTIFF'S CLAIM FOR RELIEF HEREIN.

## PARTIES

4.     At all times mentioned herein, Plaintiff is and was a California corporation organized and existing under the laws of the State of California, a California licensed contractor for the work that is the subject of this complaint, and qualified to do business in California.

5.     Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOES 1 through 100, and this pleading will be amended to allege their true names and capacities when they are ascertained.  Each of said defendants

ADVERSARY COMPLAINT

is liable to Plaintiff upon the claims hereinafter set forth.

6.      Plaintiff is informed, believes, and based thereon alleges that at all times mentioned herein, each defendant, including those fictitiously named, was the agent, servant, employee, partner, joint venturer, predecessor, successor, or surety of the other defendants and was acting within the scope of said agency, employment, partnership, venture, or suretyship with the knowledge and consent or ratification of each of the other defendants in doing the things alleged herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADVERSARY COMPLAINT

1    7.    On information and belief, defendants have the capacities and

2 principal places of business listed in the table below (collectively "**Defendants**"):

| Party Name: | Status or Capacity | Principal Place of Business, on information and belief: | Claimed Interest in the Property: |
|---|---|---|---|
| 2501 CORMACK LLC | DELAWARE limited liability company | 11601 WILSHIRE BLVD, SUITE 2100, LOS ANGELES CA 90025 | Deed of Trust |
| AHERN RENTAL INC. | NEVADA corporation | 1401 MINERAL AVENUE, LAS VEGAS NV 89106 | Mechanics Lien |
| BAY AREA INVESTMENT FUND I, LLC | CALIFORNIA limited liability company | 101 ALMA STREET, UNIT 805 PALO ALTO CA 94301 | Unrecorded Loan |
| DAYTON SUPERIOR CROP | DELAWARE corporation | 7777 WASHINGTON VILLAGE DR, STE 130, DAYTON OH 45459 | Mechanics Lien |
| EARTH SYSTEMS PACIFIC | CALIFORNIA corporation | 720 AEROVISTA PLACE, SUITE A, SAN LUIS OBISPO CA 93401 | Mechanics Lien |
| FREMONT HILLS DEVELOPMENT CORPORATION | CALIFORNIA corporation | 2051 JUNCTION AVENUE, SUITE 230 SAN JOSE CA 95131 | Fee |
| GRAND OCEAN HOLDINGS, INC. LIMITED | a company organized under the laws of Hong Kong | c/o RYAN SWANSON & CLEVELAND PLLC, 1201 THIRD AVE, SUITE 3400, SEATTLE, WA 98101 | Deed of Trust |
| HD SUPPLY CONSTRUCTION SUPPLY GROUP, INC. | DELAWARE corporation | 6250 BROOK HOLLOW PKWY, NORCROSS GA 30071 | Mechanics Lien |
| JESUS O VERGARA | INDIVIDUAL | 40 RANCHERO WAY, HAYWARD, CA  94544 | Mechanics Lien |
| PARKVIEW FINANCIAL FUND 2015, LP | DELAWARE limited partnership | 11601 WILSHIRE BLVD STE 2100 LOS ANGELES CA 90025 | Deed of Trust |
| PJ'S LUMBER, INC. DBA PJ'S REBAR, INC. | unknown business entity | 45055 FREMONT BLVD, FREMONT, CA 94538 | Mechanics Lien |
| PJ'S REBAR INC. | unknown business entity | 45055 FREMONT BLVD, FREMONT, CA 94538 | Mechanics Lien |
| PRO-VIGIL, INC. | TEXAS corporation | 4646 PERRIN CREEK, #280, SAN ANTONIO TX 78217 | Mechanics Lien |
| QUEENS LAND BUILDER, INC. | CALIFORNIA corporation | 1641 W MAIN ST STE 222, ALHAMBRA CA 91801 | Mechanics Lien |
| SCOTT DEVELOPMENT COMPANY, INC. | DELAWARE corporation | 5700 STONE RIDGE MALL ROAD, SUITE 300, PLEASANTON CA 94588 | Mechanics Lien |
| SUNBELT RENTALS, INC | NORTH CAROLINA corporation | 2341 DEERFIELD DRIVE, FORT MILL SC 29715 | Mechanics Lien |
| TREZ CAPITAL (2016) CORPORATION | BRITISH COLUMBIA corporation | 1700-745 THURLOW STREET, VANCOUVER BC CANADA V6E0C5 | Deed of Trust |
| UNITED SITE SERVICES, INC. | DELAWARE corporation | 118 FLANDERS ROAD, WESTBOROUGH MA 01581 | Mechanics Lien |

## BACKGROUND FACTS

8.    Prior to February 2018, defendant Freemont Hills Development

Corporation undertook the construction of a multi-use development at the Property

("**Project**"), a private work of improvement.

9.    Prior to February 2018, contractors commenced visible work at the

Property on the Project.

10.    On information and belief, on February 9, 2018, PARKVIEW FINANCIAL FUND 2015, LP and TREZ CAPITAL (2016) CORPORATION, the predecessors to defendant 2501 CORMACK LLC, recorded a deed of trust on the property.

11.    On information and belief, defendant and purported lender, BAY AREA INVESTMENT FUND I, LLC, did not record an interest in the Property prior to February 2018.

12.    Defendant Freemont Hills Development Corporation has not completed the Project but stopped making payments for construction on the Project, which resulted in Plaintiff and others recording mechanics liens against the Property.

13.    The priority of Plaintiff's claim of mechanics lien dates back to when construction first started on the Project, which was prior to February 9, 2018, when 2501 CORMACK LLC recorded its deed of trust.

14.    Plaintiff's claim of mechanics lien is superior to and has priority over BAY AREA INVESTMENT FUND I, LLC's interest in the property, which was not recorded prior to February 2018.

## FIRST CLAIM FOR RELIEF

### For Declaratory Relief
### (28 U.S.C. 2201; FRBP 7001(1) and 7001(9))

15.    Plaintiff repeats, realleges, and incorporates, as though fully set forth herein, paragraphs 1 through 14.

16.    An actual controversy has arisen and now exists between Plaintiff and Defendants, especially 2501 CORMACK LLC, BAY AREA INVESTMENT FUND I, LLC, PARKVIEW FINANCIAL FUND 2015, LP, and TREZ CAPITAL (2016) CORPORATION concerning their respective rights and duties in regard to the instruments securing Debtor's obligations with respect to the Property. Plaintiff

contends that, pursuant to California Civil Code §8450(a), its Mechanics Lien has priority over 2501 CORMACK LLC's Deed of Trust because construction commenced on the Project on before the Deed of Trust was recorded. Plaintiff also contends its Mechanics Lien has priority over the interests of BAY AREA INVESTMENT FUND I, LLC because BAY AREA did not record its interest in the property prior to visible work commencing on the Project. 2501 CORMACK LLC, BAY AREA INVESTMENT FUND I, LLC, PARKVIEW FINANCIAL FUND 2015, LP, and TREZ CAPITAL (2016) CORPORATION contend their interests have priority over Plaintiff's Mechanics Lien.

17. Plaintiff further contends its Mechanics Lien has priority over the interests of all other Defendants, but Defendants claim their priority is equal or superior to Plaintiff's priority.

18. Plaintiff desires a judicial determination of the parties' rights and a declaration as to which interest(s) have priority, Plaintiff's Mechanics Lien, the lenders' Deed(s) of Trust and unrecorded loan, or the other mechanics lien claimants' claims of mechanics liens.

19. A judicial declaration is necessary and appropriate at this time under the circumstances and in order that may ascertain its rights and duties in regard to Plaintiff's and Defendants' respective interests in the Property.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADVERSARY COMPLAINT

WHEREFORE, Plaintiff prays for judgment as follows:

1. For a declaration that Plaintiff's Mechanic's Lien has priority over Defendants' interests in the property pursuant to California Civil Code § 8450(a);

2. For costs of suit herein including reasonable attorney fees to the extent permitted by law or contract; and

3. For such other and further relief as this Court deems proper.

Dated: June 1, 2021

PHELPS LAW

By: _____
Daniel J. Phelps
Attorney for Plaintiff,
Finnco Services Incorporated.

ADVERSARY COMPLAINT