# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 5/10/2022 |
| Case: 21–50240 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty     Bruce B. Kelson     bkelson@schnader.com
aty     Jorge A. Gaitan     Jorge.A.Gaitan@usdoj.gov
aty     Julie Bonnel–Rogers     jrogers@structurelaw.com
aty     Ori Katz     okatz@sheppardmullin.com
aty     Raymond H. Aver     ray@averlaw.com

                                                            TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
         NANCY WANG WENG, ESQ.     Farsad Law Office, P.C.     1625 The Alameda Suite 525     San Jose, CA 95126

                                                            TOTAL: 1