United States Bankruptcy Court
Northern District of California

In re:                                                                                        Case No. 21-50240-SLJ

Fremont Hills Development Corporation                                       Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                                    User: admin                                            Page 1 of 2
Date Rcvd: May 10, 2022                               Form ID: TRANSC                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

**Recip ID**              **Recipient Name and Address**
            +   NANCY WANG WENG, ESQ., Farsad Law Office, P.C., 1625 The Alameda Suite 525, San Jose, CA 95126-2224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

**Name**                             **Email Address**

Arasto Farsad
                             on behalf of Debtor Fremont Hills Development Corporation farsadecf@gmail.com  farsadecf@ecf.courtdrive.com

Bruce B. Kelson
                             on behalf of Creditor Bay Area Investment Fund I  LLC bkelson@schnader.com, treyes@schnader.com

Gary A. Weis
                             on behalf of Creditor Dayton Superior Corporation gary@garyweisattorney.com  garyweis@sbcglobal.net

Iain A. Macdonald
                             on behalf of Resolution Advocate Iain Macdonald imac@macfern.com  6824376420@filings.docketbird.com

James A. Hayes, Jr.
                             on behalf of Attorney James A Hayes jhayes@zinserhayes.com

Jennifer C. Hayes
                             on behalf of Requestor Sandis Civil Engineers Surveyors Planners jhayes@fhlawllp.com

| | |
|---|---|
| Jorge A. Gaitan | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ Jorge.A.Gaitan@usdoj.gov |
| Julie Bonnel-Rogers | on behalf of Creditor Bay Area Investment Fund I  LLC jrogers@structurelaw.com, cgrady@structurelaw.com |
| Nancy Weng | on behalf of Plaintiff Fremont Hills Development Corporation nancy@farsadlaw.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Ori Katz | on behalf of Creditor 2501 Cormack  LLC okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| Raymond H. Aver | on behalf of Creditor Queens Land Builder  Inc. ray@averlaw.com, ani@averlaw.com |
| Ryan Penhallegon | on behalf of Creditor Individual Investors of Bay Area Investment Fund I  LLC rpenhallegon@structurelaw.com, cford@structurelaw.com |
| Ryan A. Witthans | on behalf of Requestor Sandis Civil Engineers Surveyors Planners rwitthans@fhlawllp.com |
| Simon Aron | on behalf of Creditor Earth System Pacific saron@wrslawyers.com  AParisi@wrslawyers.com |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**<br><br>Fremont Hills Development Corporation | Case No.: 21−50240 SLJ 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 1, 2022 was filed on May 10, 2022. The following deadlines apply:

The parties have until Tuesday, May 17, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, May 31, 2022.

If a request for redaction is filed, the redacted transcript is due Friday, June 10, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, August 8, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/12/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court